UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Patricia Doran, | : |
| | : |
| Plaintiff, | : Civil Action No.: 4:21-cv-02571 |
| v. | : |
| Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without costs to any party. The Plaintiff's claims are dismissed with prejudice. Defendant's counterclaim is dismissed with prejudice. Each party shall bear their own costs and fees.

Respectfully submitted,

**HUGHES WATTERS ASKANASE, LLP**

By: /s/ Damian W. Abreo
Damian W. Abreo
Texas Bar No. 24006728
Total Plaza
1201 Louisiana Street, 28th Floor
Houston, Texas 77002
(713) 759-0818 (Telephone)
(713) 759-6834 (Facsimile)
dabreo@hwa.com (E-mail)

**ATTORNEY FOR DEENDANT, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2005-FF8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF8**

By: /s/ James Minerve
James Minerve
Texas Bar No. 24008692
13276 N. HWY 183, Ste. 209
Austin, Texas 78750
(888) 819-1440 (Office)
(210) 336-5867 (Mobile)
(888) 230-6397 (Facsimile)
jgm@minervelaw.com

**ATTORNEY FOR PLAINTIFF, PATRICIA DORAN**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation of Dismissal was forwarded to all parties and/or their attorneys of record, in accordance with the Federal Rules of Civil Procedure, on this the 11th day of January, 2022, addressed as follows:

*Via Efile and Email: jgm@minervelaw.com*
James Minerve
13276 N. HWY 183, Ste. 209
Austin, Texas 78750
**ATTORNEY FOR PLAINTIFF,
PATRICIA DORAN**

/s/ Damian W. Abreo
Damian W. Abreo